# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

BYRON ANTONIO THOMAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D2025-3408

———————————————

June 10, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

PER CURIAM.

    Affirmed.

KELLY, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.